FILED IN OPEN COURT

ON  11|16|2021 CB

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:21-CR-135-1M (4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| BRANDON MCMILLAN | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about January 19, 2017, in the Eastern District of North Carolina, the defendant, BRANDON MCMILLAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm and ammunition, and the firearm and ammunition were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

(Remainder of Page Intentionally Left Blank)

## FORFEITURE NOTICE

The defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of any of the offense(s) set forth in Count One, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms or ammunition that were involved in or used in a knowing commission of the said offense(s).

(1)     Colt, Model New Agent Series 90, .45 caliber pistol, bearing serial number GT01883

(2)     Ammunition

If any of the property described above, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

2

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON

_11/16/2021_
DATE

G. NORMAN ACKER, III
Acting United States Attorney


BY: Chad E. Rhoades
Assistant United States Attorney
Criminal Division

3