**U. S. Department of Justice**



*United States Attorney*
*Eastern District of North Carolina*

*US Attorney's Office*
*150 Fayetteville Street*
*Suite 2100*
*Raleigh. North Carolina 27601*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

## MEMORANDUM

DATE:    November 16, 2021

TO:    Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: G. NORMAN ACKER, III
Acting United States Attorney

ATTN OF:  CHAD E. RHOADES **ᴄᴋ ꜰᴏr**
Assistant United States Attorney

SUBJECT:  UNITED STATES v. BRANDON LEE MCMILLAN
No. **7:21CR135** SOUTHERN DIVISION

Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

The warrant should be returnable before the U.S. Magistrate Judge.

CER:tw

cc: US Marshal Service
US Probation Office