# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   7:21-CR135-M |
| | ) | |
| BRANDON MCMILLAN | ) | |
| *Defendant* | ) | |

### ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: USDC - Wilmington, NC<br>1003 S. 17th Street<br>Wilmington, NC 28401 | Courtroom No.:  **Courtroom 100** |
|---|---|
| | Date and Time:  **December 2, 2021 at 10:30am** |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    11/23/2021

*Robert T Numbers II*

*Judge's signature*

ROBERT T. NUMBERS, II, US MAGISTRATE JUDGE

*Printed name and title*