# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**V.**

**BRANDON MCMILLAN**

RECEIVED
NOV 18 2021
U.S. Marshals Service, EDNC

**WARRANT FOR ARREST**

**CRIMINAL CASE: 7:21-CR-00135-1M(4)**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

__BRANDON MCMILLAN__ and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____Superseding Indictment _____Criminal Information___Complaint

_____ Order of Court: ___ Violation Notice___Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of a Firearm and Ammunition by a Convicted Felon

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by deputy clerk

**Clerk of Court**
Title of Issuing Officer

NOVEMBER 16, 2021 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

Raleigh, NC

| DATE RECEIVED 11/18/21 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 11/23/21 | Anthony Little ATF (on behalf) | |

**FILED**

**NOV 23 2021**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 7:21-cr-00135-M    Document 10    Filed 11/23/21    Page 1 of 1