**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) DOCKET NO. 7:21-CR-135-1M |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BRANDON MCMILLAN, | ) |
| | ) |
| Defendant. | ) |

**TRANSCRIPT OF DOCKET CALL**
**BEFORE MAGISTRATE JUDGE ROBERT B. JONES, JR.**
**TUESDAY, DECEMBER 2, 2021; 10:33 A.M.**
**RALEIGH, NORTH CAROLINA**

**FOR THE GOVERNMENT:**
      United States Attorney's Office
      By:  Chad E. Rhoades, AUSA
      150 Fayetteville Street, Suite 2100
      Raleigh, North Carolina 27601

**FOR THE DEFENDANT:**
      Rosemary Godwin Attorney At Law
      By:  Rosemary Godwin, Esq.
      434 Fayetteville Street, Suite 1740
      Raleigh, North Carolina  27601

Audio Operator:                    CLERK'S OFFICE PERSONNEL

eScribers, LLC
7227 N. 16th Street
Suite 207
Phoenix, AZ 85020
800-257-0885
www.escribers.net

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

P R O C E E D I N G S

THE CLERK:  The Honorable U.S. District Court for the Eastern District of North Carolina is now in session.  The Honorable Robert Jones, Jr. presiding.  Please be seated and come to order.

THE COURT:  Good morning.

MR. RHOADES:  Morning, Your Honor.

THE COURT:  All right.  I understand there's a request to continue Lambert and McMillan, is that right?

MS. GODWIN:  Yes, Your Honor.  I've discovered our office has a conflict of interest --

THE COURT:  Uh-huh.

MS. GODWIN:  -- in representing those two gentlemen, and we're going to move to withdraw as their counsel of record.

THE COURT:  Okay.  How much time do you think a new counsel would need?

MS. GODWIN:  I think both gentlemen would like their hearing next week.

THE COURT:  Okay.

MS. GODWIN:  I know Mr. Lambert has asked for a Tuesday setting.

THE CLERK:  (Indiscernible).

THE COURT:  You guys got any objection?

MR. RHOADES:  The case agent in that case has a

www.escribers.net | 800-257-0885

conflict in Raleigh on that day.

MS. GODWIN: In which case?

MR. RHOADES: Lambert.

MS. GODWIN: (Indiscernible).

THE CLERK: We can do Wednesday as well. Wednesday's wide open.

THE COURT: Wednesday, 9:30?

MS. GODWIN: Wednesday works.

MR. RHOADES: That's fine, Your Honor. Thank you.

THE COURT: Mr. Lambert's case will be set for Wednesday at 9:30. The time between now is excluded for purposes of a speedy trial calculation. Good cause being found for the continuance.

What about Mr. McMillan's case?

MS. GODWIN: Wednesday. Let's do it Wednesday.

THE COURT: Okay. Going to set that for --

MS. GODWIN: Give the lawyer that extra day.

THE COURT: 10:30?

MS. GODWIN: Um-hum.

THE COURT: All right. So Mr. McMillan's will be set for 10:30 following Mr. Lambert.

You guys are okay with that?

MR. RHOADES: Yes, Your Honor.

THE COURT: All right. In that case as well, the speedy trial time is excluded. The time between now is

www.escribers.net | 800-257-0885

excluded for purposes of speedy trial calculation.

Okay. So that leaves us with Mr. Buckelew and Mr. Locklear. And how are those cases proceeding?

MS. GODWIN: Mr. Buckelew has made a decision to waive his detention hearing.

THE COURT: Okay.

Is that right, Mr. Buckelew? I've got a document here that seems to suggest that.

DEFENDANT BUCKELEW: Yes, sir.

THE COURT: Okay. Did you sign this waiver of a detention hearing form?

DEFENDANT BUCKELEW: Yes, sir.

THE COURT: Okay. And sir, you understand that you have the right to have a hearing on the issue whether or not you should be detained before your trial in this case? Do you understand that?

DEFENDANT BUCKELEW: Yes, sir.

THE COURT: You understand I have made no decision on that issue?

DEFENDANT BUCKELEW: Yes, sir.

THE COURT: And do you understand that if we had the hearing, do you understand that you would be represented by your lawyer and then you could cross examine the Government's witnesses and ask its witnesses questions? Do you understand that?

DEFENDANT BUCKELEW: Yes, sir.

THE COURT: Okay. Do you understand that you're waiving -- if you waive the hearing, if your waiver is accepted, that you'll be detained and held in custody of the Marshal Service, pending your trial in this case?

DEFENDANT BUCKELEW: Yes, sir.

THE COURT: Okay. Have you talked to Ms. Godwin about waiving your right to the hearing?

DEFENDANT BUCKELEW: Yes.

THE COURT: Has anyone made any promises or assurances to you or threatened you in any way to get you to waive your right to the hearing, sir?

DEFENDANT BUCKELEW: No, sir.

THE COURT: Is your decision to waive the hearing, is that your knowing and voluntary choice?

DEFENDANT BUCKELEW: Yes, sir.

THE COURT: All right. Ms. Godwin, you've discussed issue of waiver with your client?

MS. GODWIN: I have, Your Honor.

THE COURT: And you're satisfied he knows and understands his right to the hearing?

MS. GODWIN: Yes, Your Honor.

THE COURT: And that he is making a knowing and voluntary choice in waiving his right to that hearing?

MS. GODWIN: That's correct, Your Honor.

www.escribers.net | 800-257-0885

THE COURT: All right. I find Mr. Buckelew has waived his right to the (indiscernible), knowingly and voluntarily, I accept his waiver to that hearing. He will be remanded to the U.S. Marshal service pending further proceedings in his case.

Mr. McMillan's case and Mr. Lambert's case are continued to December the 8th.

All right. So we're proceeding with Mr. Locklear's case, is that right?

MS. GODWIN: That's correct. And does the attorneys of record in our office need to file a formal written motion to withdraw for Lambert?

THE COURT: Yeah.

MS. GODWIN: Okay.

THE COURT: Yeah.

MS. GODWIN: All right. Thank you, Your Honor. And Mr. Locklear does want to proceed.

THE COURT: What's that?

MS. GODWIN: Mr. Locklear does want to proceed.

THE COURT: Okay.

Is the Government ready to proceed?

MR. RHOADES: Yes, Your Honor, we are.

THE COURT: All right.

(Court is adjourned)

* * * * *

www.escribers.net | 800-257-0885

CERTIFICATE OF TRANSCRIBER

I, Jennifer A. Valentine, court-approved transcriber, in and for the United States District Court for the Eastern District of North Carolina, do hereby certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript from the official electronic sound recording of the proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 22nd day of June, 2023.

/s/ _____
JENNIFER A. VALENTINE

COURT-APPROVED TRANSCRIBER